# UNITED STATES DISTRICT COURT
Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Kristine Louise Johnson )<br>*Defendant* )<br>) | Case No: 3:15−cr−00158−MOC |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: __June 30, 2015__

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Matthew G. Pruden
*Printed name of defendant's attorney (if any)*

_____
David C. Keesler
United States Magistrate Judge