UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-158-MOC-1

| UNITED STATES OF AMERICA | ) |  |
| --- | --- | --- |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| **KRISTINE LOUISE JOHNSON** | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Alternative Victim Notification procedures pursuant to 18 U.S.C. § 3771(d)(2).

The Court finds that the number of crime victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the crime victims located in foreign countries the rights described in 18 U.S.C. § 3771(a). The Court further finds that the Government's proposed internet notification is a reasonable procedure to give effect to 18 U.S.C. § 3771.

**IT IS THEREFORE ORDERED** that the Government's Motion for Alternative Victim Notification Procedures (#20) is hereby **GRANTED**.

Signed: October 9, 2015

Max O. Cogburn Jr.
United States District Judge