UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00158-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KRISTINE LOUISE JOHNSON,** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motions to Continue Sentencing and to Seal the Joint Motion to Continue. Having considered the joint motions and reviewed the pleadings, and having determined that the joint Motions to Continue and to Seal contain sensitive information and that no lesser remedy exists than sealing, L.Cr.R. 55.1, and that continuance of sentencing is appropriate, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motions to Continue Sentencing (#22) and to Seal the Joint Motion to Continue (#23) are GRANTED, sentencing is CONTINUED, and such pleadings are sealed.

Signed: November 10, 2015



Max O. Cogburn Jr
United States District Judge