UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00158-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KRISTINE LOUISE JOHNSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Seal Motion to Modify Conditions of Release. For cause, defendant has shown that the motion and Order contain sensitive information of a personal nature and that defendant's interest in privacy outweighs the public interest in such material. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Seal Motion to Modify Conditions of Release (#31) is GRANTED, and the Motion to Modify Conditions of Release (#29) and the Order (#30) granting that motion are SEALED, with access limited to the parties.

Signed: March 17, 2016

Max O. Cogburn Jr.
United States District Judge