UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:15-cr-158-MOC |
|---|---|---|
| v. | ) | **ORDER** |
| KRISTINE LOUISE JOHNSON | ) | |

**THIS MATTER** is before the court on the government's unopposed Motion to Partially Unseal (#38). Having considered that motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's unopposed Motion to Partially Unseal (#38) is **GRANTED**, and the Joint Motion to Continue Sentencing (#22) and Motion to Modify Conditions of Release (#29) are unsealed only insofar as is necessary for the government to disclose those documents to defense counsel in *United States v. Barnes*, 3:15-cr-254. Such motions shall otherwise remain SEALED.

Signed: September 14, 2016

Max O. Cogburn Jr
United States District Judge