IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE 3:15CR158-MOC |
| | ) | |
| KRISTINE LOUISE JOHNSON | ) | |
| | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE 3:15CR254-MOC |
| | ) | |
| TROY BARNES | ) | |
| | ) | |

**ORDER FOR AMENDMENT OF RESTITUTION ORDERS**

THIS MATTER is before the Court on the United States of America's Consent Motion, filed in duplicate in the above-referenced cases, requesting that this Court issue an order to amend the restitution order in the above-referenced cases to account for $29,350 in additional losses by additional victims not accounted for at sentencing. For good cause shown, and based on the authorities cited in the Consent Motion, including but not limited to the Mandatory Victims Restitution Act, this Court hereby GRANTS the Consent Motion.

The Court hereby ORDERS the Clerk to issue an Amended Judgment accounting for the following victims and losses:

1

| VICTIM | LOSS |
| --- | --- |
| Tonya Ballard | $250 |
| Co-operative Buyers Association, LLC | $24,300 |
| Wayne Gillespie | $350 |
| David Meek | $300 |
| Deborah Pinkerton | $2,800 |
| Larry Pinkerton | $1,150 |
| Glenn Stante | $200 |

SO ORDERED.

Signed: May 8, 2018

Max O. Cogburn Jr.
United States District Judge