UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-CR-158-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KRISTINE LOUISE JOHNSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Early Termination of Probation/Supervised Release. Defendant's motion fails to reflect whether defendant's supervising officer concurs in the request. The Court will deny the current request at this time, but the Court will closely consider any future request if it is accompanied by favorable recommendations from defendant's supervising officer. Having considered defendant's pro se motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Probation/Supervised Release (#69) is **DENIED** without prejudice.

Signed: September 23, 2019

Max O. Cogburn Jr.
United States District Judge

1